_____ FILED _____ ENTERED
_____ LODGED _____ RECEIVED

**NOV 2 1 2008**

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

RONALD L. BASKETT,                     )
                                       )
                    Petitioner,        )       Case No. C08-1485-JLR-BAT
                                       )
          v.                           )
                                       )       ORDER OF DISMISSAL
RONALD VAN BOENING,                    )
                                       )
                    Respondent.        )
_____)

The Court, having reviewed petitioner's Petition for Writ of Habeas Corpus (Dkt. 1)

submitted pursuant to 28 U.S.C. § 2254, the Report and Recommendation of United States

Magistrate Judge Brian A. Tsuchida, the governing law, and the balance of the record, does hereby

ORDER:

1) The Court adopts the Report and Recommendation.

2) Petitioner's Petition for Writ of Habeas Corpus (Dkt. 1) is DENIED and DISMISSED

with prejudice.

3) Petitioner's application to proceed *in forma pauperis* is DENIED as moot.

4) The Clerk of Court is directed to send copies of this Order to the parties and to

Magistrate Judge Brian A. Tsuchida.

DATED this 21ˢᵗ day of ___Nov.___, 2008.

08-CV-01485-ORD

JAMES L. ROBART
United States District Judge

ORDER OF DISMISSAL -1